### *In re* KINGS COUNTY EL. RY. CO.

#### *In re* BRYAN.

##### *(Supreme Court, General Term, Second Department.    July 2, 1891.)*

Appeal from special term, Kings county.

Application by the Kings County Elevated Railway Company to acquire title to certain interests in the real estate of Joseph Bryan on Fulton street, in the city of Brooklyn. From the appraisal and report of the commissioners, and from the order confirming such appraisal and report, petitioner appeals. For former report, see 12 N. Y. Supp. 198.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Leslie W. Russell,* for appellant.    *Smith, Woodward & Buckley,* for respondent.

DYKMAN, J.    What has been said above in relation to the *Case of Eliza J. Smith,* (15 N. Y. Supp. 516) has equal application to this case, which is similar to that case in all respects. The report and order should be affirmed, with $10 costs and disbursements.